# CHAMBERS COUNTY DISTRICT CLERK



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 1:20:20 PM
CHRISTOPHER A. PRINE
Clerk

PATTI L. HENRY
DISTRICT CLERK
(409) 267-2432 OFFICE

P.O. DRAWER NN
ANAHUAC, TEXAS 77514
(409) 267-8209 – Fax No.

September 16, 2015

VIA TAMES PORTAL

**TO:** Fourteenth Court of Appeal
301 Fannin Street
Houston, Texas 77002

RE:    14-15-00197-CV;  David E. Johnson vs. National Indemnity Insurance Company

Dear Clerk:

Please take notice that the Clerks record will be submitted to the Court on or before the 20 days pursuant to the Courts order dated September 10, 2015.

The Appellant has requested a Clerk's record to be prepared and payment arrangements have been made for the Clerk's record.

Sincerely,
PATTI L. HENRY,
DISTRICT CLERK
By: _____
Linda Muniz, Deputy Clerk

Cc:    David E. Johnson
Appellant Pro-Se
4911 Cotton Creek Drive
Baytown, Texas
Via Email dejaaa@yahoo.com

Marcus R. Tucker
Attorney at Law
1600 Smith Street, Suite 5000
Houston, Texas 77002-7380
Via email Marcus.Tucker@roystonlaw.com